# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>JAMIE KNOX,<br><br>　　　　　Defendant. | Case No. 2:03-mj-01151-NJK<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against JAMIE KNOX and quash any associated warrant.

DATED this 3rd day of August, 2021.

　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　/s/ Rachel Kent

　　　　　　　　　　　　　　　　　RACHEL KENT
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 17th day of February, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1